# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANTONIO DEMOND BYERS | ) Case No: 3:01CR00002-003 |
| | ) USM No: 16523-058 |
| Date of Previous Judgment: 1/30/2002 | ) Randolph Lee |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 40                    Amended Offense Level: 40
Criminal History Category: IV                 Criminal History Category: IV
Previous Guideline Range: 360 to life months  Amended Guideline Range: 360 to life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction. The guideline calculations in this case were controlled by a cross-reference to USSG §2A1.1, not on the drug amounts. Therefore, Amendment 706 has no impact on the guideline calculations or sentence in this case.

**III. ADDITIONAL COMMENTS**
The defendant is also serving a consecutive sentence of 120 months in Count Five for a conviction of 18 U.S.C. §§ 924(c)(1) and 924(j).

Except as provided above, all provisions of the judgment dated 1/30/2002 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 21, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge